UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 13-31438-BKC-RBR

CHAPTER 13 PROCEEDING

In re: Ronald Dukes & Cassandra Y. Dukes
　　　　SS #9749　　　　SS #3391

　　　　　　　　Debtors.　　　　　/

## DEBTORS' MOTION TO AVOID JUDICIAL LIEN OF HUDSON & KEYSE, LLC

COMES NOW, Ronald Dukes & Cassandra Y. Dukes, Chapter 13 Debtors ("Debtors"), by and through their undersigned counsel, and hereby files this their Motion To Avoid Judicial Lien Of Hudson & Keyse, LLC, pursuant to 11 U.S.C. Sec. 522(f) (1), Federal Rules of Bankruptcy Procedure 4003 (d) and 9014, and in support thereof states that:

1. The Debtors are subject to the jurisdiction of this Court, having filed an original voluntary Chapter 13 petition for relief on September 9, 2013, and with the Section 341 meeting of creditors having been held on November 18, 2013.

2. Hudson & Keyse, LLC is authorized to do business in the State of Florida, and is listed on Debtors' Schedule "D" as a secured creditor, secured by a judgment ("Judicial Lien") against the Debtors' homestead ("Homestead") residence.

3. The Final Default Judgment in the amount of $6,685.67 was entered on July 3, 2007, in the County Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, in the matter styled Hudson & Keyse, LLC, Plaintiff vs. Ronald Dukes, Sr. Individually, Defendant, Case No: 07-05003 COWE (80).

4. Subsequently thereupon, on July 30, 2007, a copy of the Final Default Judgment was entered upon record in Official Records Book 44397, Page 279 of the Public Records of Broward County, Florida, and on June 2, 2010, a certified copy of the Final Default Judgment was entered upon record in Official Records Book 47116, Page 1146, of the Public Records of Broward County, Florida. A true and correct copy of the Final Default Judgment is attached hereto as Composite Exhibit "A", and is incorporated herein by reference.

5. The recording of said Final Judgment resulted in a judicial lien against the Debtors homestead (real property) or primary residence owned by Debtors located at 2861 N.W. 9th Street, Fort Lauderdale, Florida 33311, and is more fully and legally described in Movant's Schedule "A"-Real Property, and with the legal description being

> LOT 8 in block 8 of WASHINGTON PARK SECOND ADDITION
> A SUBDIVISION ACCORDING TO THE PLAT THEREOF AS
> RECORDED IN PLAT BOOK 21 AT Page 17 of the Public Records of
> BROWARD COUNTY, FLORIDA

A copy of Schedule "A"- Real Property, is attached hereto as Exhibit "B", and is incorporated herein by reference.

6. The amount that Debtors owed to Hudson & Keyse, LLC, at the time of the Chapter 13 was filed was $6,685.67. Pursuant to applicable non-bankruptcy law, the judicial lien secured the entire $6,685.67 amount of Hudson & Keyse, LLC's claim.

7. Pursuant to 11 U.S. Sec. 522(f) (1), a debtor may avoid the fixing of a lien in an interest of the debtor in such property to the extent that such a lien impairs an exemption to which a debtor would have been entitled, if such a lien is a judicial lien.

8. The Debtors' interest in the afore-described real property has been listed and designated as homestead property and claimed as exempt in the Debtors' bankruptcy case.

A copy of Debtors Schedule "C" - Property Claimed as Exempt, is attached hereto as Exhibit "C," and is incorporated herein by reference.

9. Therefore, the recordation of the Final Default Judgment has resulted in a judicial lien against the Debtors' real property, with said lien impairing an exemption to which Debtors would have otherwise been entitled under Section 522(b) of the United States Bankruptcy Code, Florida Statutes Section 222.20, and Article X, Section 4 of the Florida Constitution.

WHEREFORE, Ronald Dukes & Cassandra Y. Dukes, Debtors respectfully pray for an Order avoiding the Judicial Lien against the Debtors' real property (Homestead), permanently enjoining Hudson & Keyse, LLC from attempting to enforce said lien, directing Hudson & Keyse, LLC to take all steps necessary or appropriate to release the Debtors from the Final Default Judgment, and thereby clearing up title to Debtors real property, and granting such other and further relief as this Court deems just and appropriate.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated this _22nd_ day of January, 2014.

Law Office of Steven A. Zipper, P. A.

By: _____
Steven A. Zipper, Esq.
Florida Bar #0826332
Attorney for Debtors
5300 N.W. 33rd Avenue, Suite 203
Fort Lauderdale, Florida 33309
(954) 735-4272
(954) 735-4268 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion and Proposed Order was sent via both electronic mail and certified mail, pursuant to FRBP 7004(b)(3), were applicable and/or regular first class mail postage pre-paid this 22nd day of January, 2014 to: All creditors and interested parties reflected on the attached service/mailing list.

By: _____
Steven A. Zipper, Esq.
Florida Bar #0826332